UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                          CASE NO.: 17-15041 AJC
Peak Hotels and Resorts Group, Ltd.                          Involuntary Chapter 7
Alleged Debtor,
_____/

CORPORATE OWNERSHIP STATEMENT OF PETITIONING CREDITOR

Pursuant to Federal Rule of Bankruptcy Procedure 1010(b), the undersigned, counsel for Petitioning Creditor High-Def Zone, Inc. in the above captioned action, certifies that there are no entities to report under FRBP 7007.1.

JOEL M. ARESTY, P.A.
Attorneys for Petitioning Creditor
HIGH-DEF ZONE, INC.
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-305-723-7893
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483