UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                      CASE NO.: 17-15041 AJC
Peak Hotels and Resorts Group, Ltd.                                      Involuntary Chapter 7
Alleged Debtor,
_____/

## CERTIFICATION OF SERVICE

I, Joel M. Aresty, certify that on April 25, 2017 this summons and a copy of the involuntary petition was served on the alleged debtor Peak Hotels and Resorts Group, Ltd. In this case, by:

Personal Service: By leaving the process with debtor or with an officer or agent of debtor at:
.
   Registry
   Peak Hotels and Resorts Group Ltd
   Company Number 1808788
   Nemours Chambers
   Road Town, Tortola
   British Virgin Islands

Papers were hand delivered by Advocates BVI Ritter House 2/F P  PO Box 11 Road Town, Tortola British Virgin Islands. BVI Registered Agent of Peak Hotels and Resorts Group Ltd has acknowledged receipt on the face of the document; and a copy is attached.

Under penalty of perjury, I declare that the foregoing is true and correct

JOEL M. ARESTY, P.A.
Attorneys for Petitioning Creditor
HIGH-DEF ZONE, INC.
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-305-723-7893
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483



## Advocates BVI

Ritter House 2/F – PO Box 11
Road Town, Tortola
British Virgin Islands

Ref: MJF 2017/00021-0030

25 April 2017

Peak Hotels and Resorts Group Ltd
Company Number 1808788
Nemours Chambers
Road Town, Tortola
British Virgin Islands

BY HAND

Dear Sirs

<u>Proceedings in the United States Bankruptcy Court</u>

We enclose by way of service the following documents:

1. Form 5 Involuntary Petition
2. Summons to Debtor in Involuntary Case

Please acknowledge receipt by signing and returning the attached copy of this letter.

Yours faithfully

*ABvI*

Advocates BVI

*Received by Laetitia Martin Intertrust 3:30 25/Apr/2017*