United States Bankruptcy Court
Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17−15041−AJC
Chapter: 7

In re
Peak Hotels and Resorts Group, Ltd
Debtor
_____/

Motion Under FRBP 1007(k) to allow the trustee and petitioning creditor to prepare and file the list and schedules Required By Doc 11
And To Extend Time

Petitioning Creditor, by and through undersigned attorneys, moves under FRBP 1007(k) to allow the trustee and petitioning creditor to prepare and file the list and the schedules required by Order for Relief (Doc 11), and to extend time, and as good cause and justification therefore respectfully represents the following to the court:

Petitioner filed an involuntary petition under chapter 7 of the Bankruptcy Code on 4/24/17.

Relief was ordered 5/18/17. Doc 11.

Debtors first schedules and items required to be filed under 11 USC § 521 are due 5/25/17 pursuant to Doc 11 and more schedules are due 6/4/17.

Trustee was appointed 5/22/17 Doc 13, and agrees with this motion.

First meeting has not been set.

Petitioner and Trustee will be working on the schedules and other items but require additional time because of complexities involving the case, including the unavailability of Debtor, and the need to obtain the information from several sources.

WHEREFORE, Debtors move for authority under FRBP 1007(k) to allow the trustee and petitioning creditor to prepare and file the list and schedules, and a 30 day enlargement of time until 6/26/17.

WE HEREBY CERTIFY that a true copy of the foregoing was served on Trustee.

JOEL M. ARESTY, P.A.
Attorneys for Petitioning Creditor
309 1st Ave S
Tierra Verde FL 33715
Fax: 1-305-723-7893
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483