**Fill in this information to identify the case:**

Debtor name   **Peak Hotels and Resorts Group, Ltd**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-15041-AJC**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................    $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $ _____ **2,500.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................    $ _____ **2,500.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $ _____ **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ **150,029.76**

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b    $ _____ **150,029.76**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

PEAK HOTELS AND RESORTS GROUP,            Case No.: 17-15041-AJC
LTD,

                                          Chapter 7

_____Debtor._____  /

**GLOBAL NOTES AND**
**STATEMENTS OF LIMITATIONS, METHODOLOGY**
**AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

1.      On April 24, 2017 (the "Petition Date"), High-Def Zone, Inc. (the "Petitioning Creditor") initiated this matter by filing of an involuntary petition against the Debtor for relief under Chapter 7 of the Bankruptcy Code [ECF# 1] (the "Involuntary Petition").

2.      On April 25, 2017, the Court issued the *Summons to Debtor in Involuntary Case* [ECF# 3] (the "Involuntary Summons"), and the Petitioning Creditor served the Summons on the Debtor.  Accordingly, the deadline for the Debtor to answer the Involuntary Summons was May 16, 2017.

3.      On May 18, 2017, the Court entered the Order for Relief under Chapter 7 of the Bankruptcy Code [ECF #11] (the "Order for Relief"), based upon the Debtor's failure to file any timely pleading or defense to the Involuntary Petition.  Pursuant to the Order of Relief the deadline for the Debtor to file Corporate Ownership Statement; Declaration Re: Schedules; Incomplete Filings Due; Schedule A/B; Schedule D; Schedule E/F; Schedule G; Schedule H; Statement of Financial Affairs; Summary of Assets/Liabilities (collectively, the "Schedules & SOFA") was June 1, 2017.  The Debtor failed to file any Schedules & SOFA.

4.      On May 22, 2017, Jacqueline Calderin was appointed as Chapter 7 Trustee [ECF# 13].

5.      On May 24, 2017, the Petitioning Creditor filed the *Motion Under FRBP 1007(K) to Allow the Trustee and Petitioning Creditor to Prepare and File the List and Schedules Required by Doc 11 and to Extend Time* [ECF# 14], which was granted by the Court on May 25, 2017 [ECF# 16] and set the deadline of June 17, 2017 for the Trustee and Petitioning Creditor (together, the "Parties") to prepare and file the Schedules & SOFA required by the Order of Relief.

6.      On June 8, 2017, the Court entered the *Order Determining Venue and Jurisdiction are Proper* [ECF# 18] based on the proffers of counsel, wherein the Court determined that jurisdiction and venue are proper in this case.

7.      The Schedules & SOFA filed by the Trustee in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") have been prepared by the Parties, pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  The Schedules & SOFA have been prepared to the best of the Parties knowledge and upon the information and belief of the Trustee in consultation with the Petitioning Creditor and upon a review of the public records.  Jacqueline Calderin, not individually but solely in her capacity as the Chapter 7 Trustee for the bankruptcy estate of Peak Hotels and Resorts Group, Ltd. (the "Estate"), signed the Schedules & SOFA.  There is no way for the Trustee to personally verify the accuracy of any individual statement and representation in the Schedules & SOFA, including, for example, those concerning amounts owed to individual creditors, classification of such amounts and creditors' addresses.  Among other things, the Schedules & SOFA contain unaudited information, which is subject to further review and potential adjustment and as such,

there can be no assurance that these Schedules & SOFA are complete.  Furthermore, nothing contained in the Schedules & SOFA shall constitute a waiver of rights with respect to the chapter 7 case, including, but not limited to, issues involving substantive consolidation with other entities, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules & SOFA (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules & SOFA, and should be referred to and reviewed in connection with any review of the Schedules & SOFA.

8.      Upon information and belief, the Debtor's principal assets are located in Miami, Florida.  The Debtor's corporate headquarters are located in 1500 Bay Road, Miami, Beach Florida 33139.

**A.      General Notes**

9.      **Source of Information:**  The Schedules & SOFA have been prepared by the Parties, upon the review of public records and information made available to them.

10.      **Global Reservation of Rights:**  The Parties reserve all rights to change, challenge, and dispute any designation, classification, amount, priority or existence of any claim listed in the Schedules & SOFA.  The Parties further reserve the right to assert any defenses, or assert any offset to any claim listed in the Schedules & SOFA.  The Trustee expressly retains all rights to seek equitable or contractual subordination of any listed claim.  Nothing contained in the Schedules & SOFA shall constitute an admission.

11.      **Amendment(s)**.  Reasonable efforts were made to prepare and file complete and accurate Schedules & SOFA; however, inadvertent errors or omissions may exist.  The Parties

reserve all rights to amend and/or supplement the Schedules & SOFA as is necessary or appropriate, or as information becomes available.

12.     **Causes of Action**.  Despite reasonable efforts to identify all known assets, the Parties may not have set forth all actual or potential causes of action against third parties as assets in their Schedules & SOFA.  These causes of action include, but are not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Trustee reserves all of her rights with respect to any claims, causes of action or avoidance actions she may have whether or not listed in the Schedules & SOFA.  Neither these Global Notes nor the Schedules & SOFA shall be deemed a waiver of any such claim, cause of action or avoidance action or in any way prejudice or impair the assertion of such claims.

13.     **Recharacterization**.  The Parties have made every reasonable effort to correctly characterize, classify, categorize, and designate claims, assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA.  However, due to the absence of information available to them, the Parties may not have properly characterized, classified, categorized, or designated certain items.  The Parties thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available.

**B.     Schedules and SOFA Disclaimers**

14.     **Schedule D Disclaimer**:  The Parties conducted a UCC search of the Debtor as well as other public records searches and did not find any information that would lead the Parties to believe the Debtor has any secured creditors.  The Trustee expressly retains all rights to challenge the existence, validity, perfection, collectability or amount of any alleged secured

claim, and retains all other rights to challenge any alleged secured claim, on any basis, including the right to establish equitable or contractual subordination of such claim. The Parties reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in Schedule D at a later time as necessary or appropriate as additional information becomes available.

15.     **Schedule F Disclaimer**: The Trustee reserves the right to challenge the amount, nature, and classification of any claim listed on Schedule F. The Parties reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in Schedule F at a later time as necessary or appropriate as additional information becomes available.

16.     **Schedule G Disclaimer Executory Contracts and Unexpired Leases**: Although reasonable efforts were made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over inclusion may have occurred. The Parties are not aware of any executory contracts or unexpired leases to which the Debtor is a party. The Parties reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in Schedule G at a later time as necessary or appropriate as additional information becomes available.

17.     **Schedule H Disclaimer Co-Debtor(s)**: Although reasonable efforts were made to ensure the accuracy of Schedule H, inadvertent errors, omissions or over inclusion may have occurred. The Parties reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in Schedule H at a later time as necessary or appropriate as additional information becomes available

18.     **Statements of Financial Affairs Disclaimers**:

a.      **Income from operation of business.** SOFA 1: Although reasonable efforts were made to ensure the accuracy of the SOFA, inadvertent errors, omissions or over inclusion may have occurred. The Parties have been unable to ascertain any responsive information with

respect to the Debtor's business income. The Parties reserve all rights to supplement and/or amend items reported in the SOFA at a later time as necessary or appropriate as additional information becomes available.

**b.** **Payments to Creditors and Insiders.** SOFA 3(b) and 3(c): Although reasonable efforts were made to ensure the accuracy of the SOFA, inadvertent errors, omissions or over inclusion may have occurred. The Parties have been unable to ascertain any responsive information with respect to the Debtor's transfers. The Parties reserve all rights to supplement and/or amend items reported in the SOFA at a later time as necessary or appropriate as additional information becomes available.

* * * END OF NOTES * * *
* FILING BEGINS ON THE FOLLOWING PAGE *

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Peak Hotels and Resorts Group, Ltd</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td><strong>17-15041-AJC</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

4.     **Other cash equivalents** *(Identify all)*

    4.1.  **Retainer with Russell B. Adler, P.A.**          **$2,500.00**

5.     **Total of Part 1.**            **$2,500.00**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Peak Hotels and Resorts Group, Ltd**
          Name

Case number *(If known)* **17-15041-AJC**

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Ownership interest in BDHMK, LLC** | 50 % | Unknown |
| 15.2. | **Ownership interest in Jenrob Properties, L.L.C.** | % | Unknown |
| 15.3. | **Ownership interest in Fuel Investment & Development II, LLC** | % | Unknown |
| 15.4. | **Ownership interest in Squanda Sports LLC** | % | Unknown |
| 15.5. | **Ownership interest in Templetini LLC** | % | Unknown |
| 15.6. | **Ownership interest in BDH Holdings II, L.L.C.** | % | Unknown |
| 15.7. | **Ownership interest in KP & BD Hospitality, LLC** | % | Unknown |
| 15.8. | **Ownership interest in BDH Newark I, LLC** | % | Unknown |
| 15.9. | **Ownership interest in BDH Newark II, LLC** | % | Unknown |
| 15.10. | **Ownership interest in Black Diamond Hospitality Manager, LLC** | % | Unknown |
| 15.11. | **Ownership interest in Lychee Martini-HR LLC** | % | Unknown |
| 15.12. | **Ownership interest in USBT Holding Company** | % | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Peak Hotels and Resorts Group, Ltd** | Case number *(If known)* | **17-15041-AJC** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 15.13. | **Ownership interest in Black Diamond Brokerage Services LLC** | % | Unknown |
| 15.14. | **Ownership interest in Black Diamond Hospitality MK LLC (pursuant to assignment from Starfish Capital on 1/19/2014)** | **50** % | Unknown |
| 15.15. | **Ownership interest in BRUJGF, LLC** | % | Unknown |
| 15.16. | **Ownership interest in Black Diamond Hospitality Newark I, LLC** | % | Unknown |
| 15.17. | **Ownership interest in Hospitality & Hotel Enterprises LLC** | % | Unknown |
| 15.18. | **Ownership interest in MK Hotels, LLC** | % | Unknown |
| 15.19. | **Ownership interest in Black Diamond Hospitality Newark II, LLC** | % | Unknown |
| 15.20. | **Ownership interest in Aman Resort Group, Ltd.** | **100** % | Unknown |

16.　　**Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
　　Describe:

17.　　**Total of Part 4.**

　　Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☑ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☑ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor   **Peak Hotels and Resorts Group, Ltd**                         Case number *(If known)* **17-15041-AJC**
_____
Name

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **Insurance (D&O, Liability, etc.)** | **Unknown** |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** **Potential causes of action against directors of the Debtor and Potential causes of action against directors of the Debtor's subsidiaries** | **Unknown** |
| Nature of claim   **Breach of Fiduciary Duty** Amount requested          **UNKNOWN** | |
| **Potential cause of action** | **Unknown** |
| Nature of claim   **Defective Foreclosure** Amount requested          **UNKNOWN** | |
| **Potential causes of actions (11 USC 548)** | **Unknown** |
| Nature of claim Amount requested          **UNKNOWN** | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Peak Hotels and Resorts Group, Ltd**                    Case number *(If known)* **17-15041-AJC**
                Name

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                            **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Debtor    **Peak Hotels and Resorts Group, Ltd**
Name    Case number *(If known)*  **17-15041-AJC**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9..................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,500.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name  **Peak Hotels and Resorts Group, Ltd**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **17-15041-AJC**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Peak Hotels and Resorts Group, Ltd**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **17-15041-AJC**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**High-Def Zone, Inc.**<br>**215 McNair Circle**<br>**Northampton, PA 18067**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Guarnty Liability<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150,029.76** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Lightray Imaging Co.**<br>**c/o Gregory S. Grossman, Esq.**<br>**Sequor Law, P.A.**<br>**1001 Brickell Bay Drive, 9th Floor**<br>**Miami, FL 33131**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 150,029.76 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 150,029.76 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    37317                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Peak Hotels and Resorts Group, Ltd**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-15041-AJC**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Peak Hotels and Resorts Group, Ltd**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-15041-AJC**

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Aman Resort Group, Ltd.** | **423 West Street**<br>**New York, NY 10014** | **Lightray Imaging Co.** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Peak Hotels and Resorts Group, Ltd**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **17-15041-AJC**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** **Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Peak Hotels and Resorts Group, Ltd**                         Case number *(if known)* **17-15041-AJC**

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Peak Hotels and Resorts Group, Ltd | Case number *(if known)* | 17-15041-AJC |
|---|---|---|---|

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor    **Peak Hotels and Resorts Group, Ltd**      Case number *(if known)*  **17-15041-AJC**

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Debtor    **Peak Hotels and Resorts Group, Ltd**                    Case number *(if known)*  **17-15041-AJC**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
- ■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
- ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

- ■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Peak Hotels and Resorts Group, Ltd**                      Case number *(if known)*  **17-15041-AJC**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Tarek Investments Ltd.** | | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Peak Group and Resorts Limited** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Peak Hotels and Resorts Group, Ltd**                              Case number *(if known)*    **17-15041-AJC**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 16, 2017**

**/s/ Jacqueline Calderin, Trustee**                          **Jacqueline Calderin, Trustee**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **Not individually but in her capacity as**
**Chapter 7 Trustee**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **Peak Hotels and Resorts Group, Ltd**

Debtor(s)

Case No.   **17-15041-AJC**

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Not individually but in her capacity as Chapter 7 Trustee of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 16, 2017**

**/s/ Jacqueline Calderin, Trustee**
**Jacqueline Calderin, Trustee/Not individually but in her capacity as Chapter 7 Trustee**
Signer/Title