UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>AMAN RESORTS GROUP LIMITED,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-10517 (SCC) |

## INTERIM ORDER DIRECTING ALL PARTIES IN
## LATER-FILED CASES NOT TO PROCEED FURTHER

Upon Aman Resorts Group Limited and Tarek Investments Limited's Motion to Transfer Venue of Related Bankruptcy Cases From the United States Bankruptcy Court For the Southern District of Florida to This Court, dated August 22, 2017 (the "Motion to Transfer"), for entry of an order transferring venue of the Chapter 7 case of Peak Hotels and Resorts Group Limited (Case No. 17-15041 (AJC)) ("PHRGL's Chapter 7 Case"), and the Chapter 11 case of Aman Resorts Group Limited (Case No. 17-20114 (AJC)) ("ARGL's 2017 Chapter 11 Case") (together, the "Later-Filed Cases"), from the United States Bankruptcy Court for the Southern District of Florida to this Court; and the Court having jurisdiction to consider the Motion to Transfer and the relief requested therein pursuant to 28 U.S.C. §§ 157, 1334, 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion to Transfer, and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1409; and upon due deliberation and good and sufficient cause appearing thereof; it is hereby

ORDERED that all parties to the Later-Filed Cases shall not proceed further until the Motion is adjudicated; and it is further

ORDERED that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: August 25, 2017
      New York, New York

/s/ Shelley C. Chapman

THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE