UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re                                             :
                                                  :      Chapter 11
Aman Resorts Group Limited,                       :
                                                  :      Case No. 16-10517 (SCC)
                     Debtor.                      :
-----------------------------------------------------x

### ORDER: (I) VACATING DISMISSAL ORDER AND (II) TRANSFERRING VENUE OF RELATED CASES TO THIS DISTRICT

Upon consideration of the (a) Motion To Transfer Venue Of Related Bankruptcy Cases From The United States Bankruptcy Court For The Southern District Of Florida To This Court (the "Transfer Motion") [Docket No. 92], (b) (I) The Response of the U.S. Trustee in Support of Motion to Transfer Venue of Related Bankruptcy Cases from Southern District of Florida to this District and (II) Cross-Motion, Pursuant to Fed. R. Civ. P. 60(b), Made Applicable By Fed. R. Bankr. P. 9024, to Vacate Order Dismissing Chapter 11 Case (the "Cross-Motion" and together with the Transfer Motion, the "Motions") [Docket No. 115], (c) Response Of Aman Resorts Group Limited And Jacqueline Calderin, Chapter 7 Trustee For The Estate of Peak Hotel Resorts Group Limited, In Opposition To The Motion To Transfer Venue [Docket No. 104], and (d) Aman Resorts Group Limited and Tarek Investments Limited's Reply in Further Support of Their Motion to Transfer Venue of Related Bankruptcy Cases from the United States Bankruptcy Court for the Southern District of Florida to This Court [Docket No. 117]; and the Court, having entered an order on March 29, 2016 (the "Dismissal Order"), dismissing the above-captioned case, but retaining jurisdiction with respect to the order and Aman Resort Group Limited's motion for an order imposing attorneys' fees, costs, and sanctions; and the Court, on September 6, 2017, having held a hearing to consider the Motions at which all parties appeared and were represented by counsel; and at the conclusion of the hearing, the parties consented to and/or

withdrew opposition to the relief sought in the Motions, as reflected on the record of the hearing; and the relief requested in the Motions being appropriate; and the Court having jurisdiction over the Motions pursuant to 28 U.S.C. §§ 157 and 1334; and these proceedings being core proceedings pursuant to 28 U.S.C. § 157(b)(2); and venue of the Motions being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motions being appropriate under the particular circumstances and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore; it is hereby ORDERED that:

1. The Motions are GRANTED.

2. The Dismissal Order is vacated to the extent that it dismissed the above-captioned case; *provided, however,* that entry of this Order shall have no effect upon any of the Court's prior rulings concerning, among others, the involuntary petitions and answer filed in this case, all of which shall remain valid and in full force and effect.

3. The bankruptcy cases pending in the United States Bankruptcy Court for the Southern District of Florida, docketed as *In re Peak Hotels and Resorts Group, Ltd.*, Case No. 17-15041-AJC and *In re Aman Resorts Group Limited*, Case No. 17-20114-AJC, are transferred to the United States Bankruptcy Court for the Southern District of New York.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: September 14, 2017
New York, New York

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE